UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215)597-7704

June 6, 2005

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 golden Gate Avenue
San Francisco, CA 94102-3489

    MDL-875
    IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
        **SEE ATTACHED LIST**

Dear Clerk:

    The enclosed Conditional Transfer Order CT0-247 is being sent to you regarding the involved actions. They have been properly identified as multidistrict litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

    **Please do not forward the original record, certified docket entries and/or a certified copy of the transfer order to this District.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7019.

                      Sincerely,

                      MICHAEL E. KUNZ
                      Clerk of Court

                      Sharon Carter
                      MDL Coordinator

enclosure

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 6-7-05

ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**A CERTIFIED TRUE COPY**

JUN - 3 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

C-05-0565 CRB

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

**FILED**

*(SEE ATTACHED SCHEDULE)*

JUN 21 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CONDITIONAL TRANSFER ORDER (CTO-247)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,769 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-247 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-533 | Pauline Simmons, et al. v. Viacom, Inc., et al. |
| CAN 3 05-565 | Fred Young v. Viacom, Inc. |
| **FLORIDA MIDDLE** | |
| FLM 3 05-245 | Victor G. Petrick v. CSX Transportation, Inc. |
| FLM 3 05-246 | Bobby Lee Duty v. CSX Transportation, Inc. |
| FLM 3 05-247 | Frank H. Johnson v. CSX Transportation, Inc. |
| **FLORIDA NORTHERN** | |
| FLN 3 05-115 | Joseph Leavins v. Air Products & Chemicals, Inc. |
| ~~FLN 3 05-118~~ | ~~Ann Elizabeth Buchinger, etc. v. Garlock, Inc., et al.~~ OPPOSED 6/2/05 |
| **FLORIDA SOUTHERN** | |
| FLS 0 05-60577 | Grady B. Anderson, et al. v. Borg-Warner Corp., et al. |
| FLS 0 05-60578 | Darrell Bastin, et al. v. Borg-Warner Corp., et al. |
| FLS 0 05-60579 | Ronald H. Boyd, et al. v. Borg-Warner Corp., et al. |
| FLS 0 05-60580 | Thomas G. Price, et al. v. Borg-Warner Corp., et al. |
| FLS 0 05-60581 | George Provorse, et al. v. Borg-Warner Corp., et al. |
| FLS 0 05-60582 | John St. John, et al. v. Borg Warner Corp., et al. |
| FLS 0 05-60659 | Bessie Hall, etc. v. Borg-Warner Corp., et al. |
| FLS 0 05-60660 | LeHoward J. Earles, et al. v. Borg-Warner Corp., et al. |
| FLS 0 05-60661 | Lennie Clark, et al. v. Borg-Warner Corp., et al. |
| FLS 0 05-60662 | Bertha Cook, etc. v. Borg-Warner Corp., et al. |
| FLS 0 05-60663 | Ernest Caldwell v. Borg-Warner Corp., et al. |
| FLS 0 05-60664 | LeClarence Peoples v. Borg-Warner Corp., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-2214 | James W. Moore, Sr. v. Rapid-American Corp. |
| **INDIANA SOUTHERN** | |
| INS 3 05-66 | Denny M. Kirk v. CSX Transportation, Inc. |
| INS 3 05-67 | Delbert Aldridge v. CSX Transportation, Inc. |
| INS 3 05-68 | Benjamin C. Billings v. CSX Transportation, Inc., et al. |
| **LOUISIANA EASTERN** | |
| ~~LAE 2 05-1509~~ | ~~Stanley Christian v. Gulf States Asphalt Co., Inc., et al.~~ VACATED 6/2/05 |
| **MARYLAND** | |
| MD 1 04-2849 | Clifton Lee Hood v. Anchor Packing Co., et al. |
| **MINNESOTA** | |
| MN 0 05-815 | Clarence Allan Johnson v. Garlock Sealing Technologies, LLC, et al. |
| **MISSOURI WESTERN** | |
| MOW 4 05-370 | Stuart C. Mallory, Jr. v. Burlington Northern & Santa Fe Railway Co. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-135 | John J. McCary v. AlliedSignal, Inc., et al. |
| ~~MSS 1 05-155~~ | ~~Gerald Judson v. Kerr-McGee Corp., et al.~~ OPPOSED 6/3/05 |
| ~~MSS 1 05-168~~ | ~~Donna Mae Hershberger, et al. v. ACandS, Inc., et al.~~ VACATED 5/24/05 |
| MSS 1 05-191 | Donna Ray Culver, et al. v. Abex Corp., et al. |

SCHEDULE CTO-247 TAG-ALONG ACTIONS (MDL-875)                     PAGE 2 OF 2

NORTH CAROLINA MIDDLE
NCM  1  04-589              Wonie Coffa Sirleaf v. Bridgestone/Firestone North American Tire Co.

NEW YORK EASTERN
NYE  1  05-873              Frank M. Anselmo v. Consolidated Rail Corp., et al.
NYE  1  05-1491             Edward A. Zalinski v. Consolidated Rail Corp., et al.

NEW YORK SOUTHERN
NYS  1  02-6765             Richard Epstein, et al. v. ACandS, Inc., et al.

TEXAS NORTHERN
TXN  4  04-914              Fred Makowecky v. 3M Co., et al.
TXN  4  04-915              Noemi Borean, etc. v. 3M Co., et al.
TXN  4  04-916              Ronald Edmonds v. 3M Co., et al.
TXN  4  04-917              Gordon Anderson v. 3M Co., et al.
TXN  4  04-955              Robert Bisson v. 3M Co., et al.
TXN  4  04-956              Aurel Chretien v. 3M Co., et al.
TXN  4  04-957              Thomas Jones v. 3M Co., et al.
TXN  4  04-958              David Young v. 3M Co., et al.
TXN  4  05-10               Nelia Betts, etc. v. 3M Co., et al.

UTAH
~~UT  2  05-336~~            ~~Audrey Fratto, etc. v. Asarco, Inc., et al.~~ **OPPOSED 6/3/05**
~~UT  2  05-337~~            ~~Gary Alverson, et al. v. Atlas Turner, Inc., et al.~~ **OPPOSED 6/3/05**

WEST VIRGINIA SOUTHERN
WVS  2  05-320              Linda Louise Roberts, etc. v. Anchor Packing Co., et al.